UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


DERIEL HEAD,

       Plaintiff,

v.                                Case No. 3:18-cv-108-J-34MCR

OFFICER DALE D. CULLEN
AND AUTHOR L. PRATER, III,

       Defendants.

_____

## ORDER

The Court **STRIKES** Plaintiff's "Motion Producing Interrogatories Questions to Defendants for Discovery Use" (Doc. 63). Plaintiff must send all discovery directly to Defendants' counsel in accordance with the Federal Rules of Civil Procedure. Discovery requests and responses thereto shall not be filed with the Court as a matter of course. See Rule 3.03, Local Rules of the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of November, 2019.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 11/15
c:
Deriel Head, #302012
Counsel of Record